IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-161-DCK

| | |
|---|---|
| MISTY PETERSON, and ALEXIS PETERSON, ) ) ) Plaintiffs, ) ) v. ) ) DARRIN HOYLE, d/b/a HOYLE AUTO SALES, and DARRIN HOYLE, ) ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Amended Motion For Extension Of Time To Mediate Case" (Document No. 22) filed October 15, 2024. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion as moot.

The Court recently entered an Order *granting* the parties' "Joint Motion For Extension Of Time To Mediate Case" (Document No. 20) filed October 14, 2024. See (Document No. 21). The "Joint Amended Motion..." (Document No. 22) seeks the same extension – through December 9, 2024 - of the mediation deadline that the Court has already allowed. To be precise, the Court has allowed the parties through December 10, 2024, to complete mediation and file their mediation report. Id. The Court, *sua sponte*, also extended the dispositive motions deadline. Id.

**IT IS, THEREFORE, ORDERED** that the Parties' "Joint Amended Motion For Extension Of Time To Mediate Case" (Document No. 22) is **DENIED AS MOOT**. The case

deadlines remain as follows: mediation report – **December 10, 2024**; dispositive motions – **December 20, 2024**.

**SO ORDERED**.

Signed: October 15, 2024

David C. Keesler
United States Magistrate Judge