# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:23-CV-161-DCK

| | |
|---|---|
| MISTY PETERSON, and ALEXIS PETERSON, ) ) ) **Plaintiffs,** ) ) v. ) ) DARRIN HOYLE, d/b/a HOYLE AUTO SALES, and DARRIN HOYLE, ) ) ) **Defendants.** ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Stephen J. Dunn, filed a "Report Of Mediator" (Document No. 31) notifying the Court that the parties reached a settlement on December 9, 2024. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **February 5, 2025**.

**SO ORDERED**.

Signed: December 10, 2024

David C. Keesler
United States Magistrate Judge