# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Misty Peterson<br>Alexis Peterson**,** | **)**<br>**)**<br>**)** | JUDGMENT IN CASE |
| Plaintiff(s), | **)** | 5:23-cv-00161-DCK |
| | **)** | |
| vs. | **)** | |
| | **)** | |
| Darrin Hoyle (individually)<br>Darrin Hoyle**,**<br>Defendant(s). | **)**<br>**)**<br>**)** | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 4, 2025 Order.

March 4, 2025

*[signature]*

Katherine Hord Simon, Clerk
United States District Court